IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SANDRA R. HARRIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 08-238-GPM |
| ) | |
| TENET HEALTHCARE CORPORATION ) | |
| d/b/a Subsidiary St. Louis University Hospital; ) | |
| GEORGE MATUSCHAK, M.D.; and ) | |
| CARL KAPLAN, M.D., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**PLAINTIFF'S NOTICE OF DISMISSAL
WITHOUT PREJUDICE PURSUANT TO RULE 41(A)(i) F.R.C.P.**

COMES NOW the Plaintiff, Sandra R. Harris, by and through our counsel of record, John J. Hopkins & Associates, P.C., and files her Notice of Dismissal Without Prejudice Pursuant to Rule 41(A)(i) of the Federal Rules of Civil Procedure.

For and in support of her Notice of Dismissal, Plaintiff states as follows:

1. That no opposing party has filed either an answer or motion for summary judgment to date.

DATED this 2nd day of April, 2008.

JOHN J. HOPKINS & ASSOCIATES, P.C.

s/John J. Hopkins
John J. Hopkins (#01258192)
1120 S. State Route 157, Suite 200
P.O. Box 466
Edwardsville, IL   62025
(618) 655-9600 Phone
(618) 655-9690 Fax
ATTORNEYS FOR PLAINTIFF